IT IS ORDERED

Date Entered on Docket: December 13, 2022



_____
The Honorable Robert H Jacobvitz
United States Bankruptcy Judge
_____

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW MEXICO

IN RE:

Richard Acosta,
Rebecca Ann Acosta,

    Debtor(s).                                 Case No. 22-10638-j7

## STIPULATED ORDER WITHDRAWING FREEDOM MORTGAGE CORPORATION'S MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT (REAL PROPERTY)

THIS MATTER came before the Court on the stipulation of the Debtors, by and through attorney, R. Trey Arvizu, III, and the Movant Freedom Mortgage Corporation, by and through attorney Joshua T. Chappell, on Movant's Motion for Relief from Automatic Stay and Abandonment (Real Property) against Debtors' residence (doc 13), and Debtors' Response to Motion for Relief from Stay (doc 15). The Court being sufficiently advised,

IT IS THEREFORE ORDERED that:

1. Freedom Mortgage Corporation does not desire to proceed with the Motion for Relief from Automatic Stay and Abandonment (Real Property) filed on November 14, 2022 (doc 13) at this time and the Motion for Relief from Automatic Stay and Abandonment (Real Property) is hereby withdrawn.

### END OF ORDER ###

TIFFANY & BOSCO, P.A.

By /s/ Joshua T. Chappell
Joshua T. Chappell
Attorney for Movant
1700 Louisiana Blvd NE, Suite 300
Albuquerque, New Mexico 87110
(505) 248-2400

APPROVED BY:

By Approved via e-mail December 13, 2022
R. Trey Arvizu, III
Debtors' Attorney
715 E. Idaho Ave Ste 3f
Las Cruces, NM 88001
(575) 527-1199


FOR INFORMATION PURPOSES ONLY:

Philip J. Montoya
Trustee
1122 Central Ave SW Ste #3
Albuquerque, NM 87102

Richard Acosta and Rebecca Ann Acosta
Debtors
174 Red Legs Ct.
Santa Teresa, NM 88008